# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| **Estate of Mary Honda; Kathleen Honda**, <br><br> Plaintiffs, <br><br> v. <br><br> **United States of America**, <br><br> Defendant. | Case No. SACV 15-00317 AG (JCGx) <br><br> **JUDGMENT** |

The Court enters judgment for Plaintiffs and against Defendant in the amount of $100,000 economic and $150,000 non-economic damages.

Dated January 20, 2017

Hon. Andrew J. Guilford
United States District Judge

JUDGMENT